UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEALLY CUNNINGHAM,

    Petitioner,

v.                                           Case No. 6:08-cv-253-Orl-19KRS
                                              (6:06-cr-32-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.

_____

## **ORDER**

This case is before the Court on the following matters:

    1.    Petitioner's Motion for Discovery (Doc. No. 17, filed July 28, 2008) is **DENIED** without prejudice. If the Court determines upon consideration of the § 2255 motion that a good faith basis exists to warrant discovery, an order will be entered directing such discovery.

    2.    The **Clerk of the Court** is directed to send Petitioner a copy of the docket sheet along with this Order in response to Petitioner's inquiry of whether his Traverse (Doc. No. 13), Judicial Notice (Doc. No. 14), and Supplement to Reply (Doc. No. 15) were received by the Court.

    **DONE AND ORDERED** at Orlando, Florida, this __5th__ day of August, 2008.

*[Signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 8/5
Neally Cunningham
Counsel of Record