UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NEALLY CUNNINGHAM,**

    Petitioner,

v.                           **CASE NO. 6:08-cv-253-Orl-19KRS**
                                     (6:06-cr-32-Orl-35KRS)

**UNITED STATES OF AMERICA,**

    Respondent.

_____

## ORDER

Petitioner's Request for a Certificate of Appealability (Doc. No. 46, filed July 6, 2010) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this 16th day of July, 2010.

Copies to:
sc 7/16
Counsel of Record
Neally Cunningham

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE